IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERRI COWGILL | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 1:19-cv-02565-ADC |
| FIRST DATA TECHNOLOGIES, INC., and FISERV SOLUTIONS, LLC, | * | |

**MOTION TO WITHDRAW APPEARANCE**

David C. Weaver, Esquire, and Weaver & Fitzpatrick. (the "Firm"), attorneys for the Plaintiff Terri Cowgill ("Ms. Cowgill"), file this Motion to Withdraw Appearance as counsel for Ms. Cowgill stating as follows:

1. Pursuant to L.R. 101(2)(a), a letter dated October 23, 2019 was mailed to Ms. Cowgill notifying her of our intention to file this Motion and requesting that she sign the Motion indicating her consent to counsel's withdrawal.

2. In said letter, Ms. Cowgill was advised to have another attorney enter an appearance on her behalf, or to notify the Clerk of Court, in writing, of her intention to proceed on her own behalf. See Certification attached hereto as **Exhibit 1.**

3. Presently, there is not a trial date and there are no motions or other matters pending in this case.

4. Withdrawal of counsel's appearance of the undersigned counsel will not cause undue delay, prejudice, or injustice.

WHEREFORE, the undersigned counsel requests that this Motion be granted and that this Court enter an Order allowing the withdrawal of the undersigned counsel.

Respectfully submitted,

David C. Weaver
CPF # 9512140270
Weaver & Fitzpatrick, P.A.
131 West Patrick Street
Frederick, Maryland 21701
301-698-8182
Attorney for Plaintiff

## CONSENT

I hereby consent to the withdrawal of David C. Weaver and Weaver & Fitzpatrick, P.A. as my attorneys of record.

Terri Cowgill

Terri Cowgill

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 20019, a copy of the foregoing Motion to Withdraw Appearance was sent via email and mailed first class, postage prepaid, to Terri Cowgill, 121 E. North Street, Waynesboro, PA 17268.

David C. Weaver