# EXHIBIT 1

**CERTIFICATE REGARDING NOTIFICATION**

    Pursuant to Local Rule 101(2)(a), the undersigned attorney for the Plaintiff certifies that he mailed on October 23, 2019 a letter to the Plaintiff, Terri Cowgill, at her last known address of 121 E. North Street, Waynesboro, PA 17268, notifying of the undersigned counsel's intent to withdrawal his appearance in the above-captioned case and advising her to obtain new counsel to enter his/her appearance or notify the Clerk of her intention to proceed pro se.

_____
David C. Weaver, Esquire