**Exhibit A**

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 846-2016-24046 |

**Maryland Commission on Civil Rights** and EEOC

*State or local Agency, if any*

| *Indicate Mr., Ms., Mrs.)* | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Terri A. Cowgill | (717) 762-4489 | ▓▓▓▓ |

Street Address — City, State and ZIP Code

1 E. North Street, Waynesboro, PA 17268

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FIRST DATA | 500 or More | (301) 745-7000 |

Street Address — City, State and ZIP Code

1 Western Maryland Parkway, Hagerstown, MD 21740

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

Earliest **09-14-2015**   Latest **09-14-2015**

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. I began working for the above on January 17, 2001, as a Customer Service Representative. On January 5, 2015, I was in a car accident, I sustained injures, which caused me to have a temporary disability. I applied and was approved on January 26, 2015, for intermittent FMLA from January 15, 2015 through February 20, 2015. On February 2, 2015, I was given a final warning for Attendance Policy Violation. I contacted Human Resources, Annette Woods about the final written warning for the use of leave and the final warning was dropped. I had to file paperwork again, for my intermittent FMLA because I was given the wrong forms from Human Resources. On August 4, 2015, I was placed on an Improvement Action Plan for dropping a call. I followed the company's policy and procedures for dropping a call. On August 20, 2015, I was approved again for intermittent FMLA. On September 14, 2015, I was discharged.

II. My employer stated that I was discharged because I dropped a call.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| Aug 17, 2017 | *Terri Ann Cowgill* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
|---|---|---|
| Date | Charging Party Signature | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 846-2016-24046 |

| Maryland Commission on Civil Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

III.  I believe that I was discriminated against because of my disability in violation of the Americans with Disabilities Act Amendment Act of 2008, with respect to failure to accommodate, discipline and discharge.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| **Aug 17, 2017**          *Charging Party Signature*     *Date* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |