IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

TERRI COWGILL,

    Plaintiff,

v.

FIRST DATA TECHNOLOGIES, INC., and

FISERV SOLUTIONS, LLC,

    Defendants,

CASE NO. 1:19-cv-02565-ADC

## RESPONSE TO DEFENDANT FIRST DATA TECHNOLOGIES, INC.'S MOTION TO DISMISS COUNT IV

First Data has filed a Motion to Dismiss Count IV (Retaliation Under the ADA). They claim that the EEOC Charge failed to apprise First Data of my retaliation claim under the ADA. Please refer to exhibit #1 and exhibit #2. Exhibit #2 shows that First Data's first attorney was aware of my claims, because if you review #12 of my response to their Position Statement they had claimed that I "failed to prove a prima facie case", and I strongly disagreed with that statement. First Data's Motion to Dismiss (page #7) claims that the EEOC only investigated my discrimination and failure to accommodate claim under the ADA. It reads "see Complaint, Attachment 1 - June 5,2019 Determination Letter from the EEOC". When I refer to that letter, paragraph 2 states that I (the Plaintiff) alleged that I was discriminated against because of my disability after I was denied reasonable accommodations, disciplined and discharged in violation of the ADA.

With this information, I respectfully request that the Court does not dismiss Count IV.

Sincerely,

*Terri Cowgill*
Terri Cowgill

12/16/2019