Charge No: 846-2016-24046C
Charging Party: Cowgill, Terri
Respondent: FIRST DATA

Exhibit 1

Subject: intake mail notes
Created By: Whitfield, Mattie
Date: Apr 5, 2017
Note: CP is alleging Age (49) and Retaliation. CP was discharged on 9/14/15. Reason for releasing a call by Dawn Rowe, Manager. On 2/16/15, CP was given a final written warning for attendance. CP stated that these absences were due to her doctor's appointment related to a medical condition that happend when she was in a car accident on her way to work. Cp stated that she advised her manager Ms. Rowe at that time, that she woul be taking this to HR. CP scheduled a meeting with Annette Wood, HR. She advised CP that this would be erased from her record. 2/26/15, CP had another FMLA approved as she had previously been advised by the Leave Manager that the first request was the wrong form and it was later advised by Ms. Woods that it was the right form, just needed the doctor to fill the form out correctly. On 8/4/15, CP was given an IAP for a call that sh handled in July. Cp took the call on 7/11, IAP created on 7/28 and the call was not discussed with her until 8/4. The IAP stated that Cp argued with the caller. The normal process is that they get their monitorings within 24-4 hours. IAP stated that CP would be meeting with her manager on a weekly basis for coaching. They met first week 8/13 and not again. On 9/14/15, CP was discharged. Cp stated that R told DLLR that CP was discharge for using FMLA at a time when the company was downsizing/off-shoring.

(b)(5)