IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TERRI COWGILL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 1:19-cv-02565-ADC |
| ) | |
| **FIRST DATA TECHNOLOGIES, INC.,** and ) | |
| **FISERV SOLUTIONS, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

### INDEX OF EXHIBITS TO
### DEFENDANT FIRST DATA TECHNOLOGIES, INC.'S
### <u>MOTION FOR SUMMARY JUDGMENT</u>

| TAB/ EXHIBIT | DESCRIPTION |
|---|---|
| A | Plaintiff's Complaint (ECF Doc. 1), dated 9/5/19 |
| B | Excerpts from transcript of deposition of Plaintiff Terri Cowgill taken on August 21, 2020 |
| C | Declaration of Dawn Rowe |
| D | Improvement Action Plan (IAP) for Plaintiff Terri Cowgill, dated July 28, 2015 (Exhibit 6 to Plaintiff's Deposition) |
| E | Complete FMLA paperwork for Plaintiff Terri Cowgill (Exhibit 9 to Plaintiff's Deposition) |
| F | Letter approving Plaintiff's FMLA application, dated January 26, 2015 (Exhibit 8 to Plaintiff' Deposition) |
| G | Letter recertifying Plaintiff's FMLA leave, dated August 20, 2015 (Exhibit 10 to Plaintiff's Deposition) |

Dated:  September 17, 2020							Respectfully Submitted,

   */s/ Bryan J. Harrison*
Heather S. Goldman, D. Md. Bar #18951
Bryan J. Harrison, D. Md. Bar # 19165
**BRYAN CAVE LEIGHTON PAISNER LLP**
1155 F Street, NW, Suite 700
Washington, D.C. 20004
Telephone:  (202) 508-6311
Facsimile:  (202) 508-6200
E-mail:   heather.goldman@bclplaw.com
            bryan.harrison@bryancave.com

Charles B. Jellinek (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
Email:  cbjellinek@bclplaw.com

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Index of Exhibits to Defendant First Data Technologies Inc.'s Motion for Summary Judgment was filed with the Court's electronic CM/ECF filing system and was served on via electronic mail on September 17, 2020, and by depositing same with the U.S. Mail, first class, postage prepaid, on September 18, 2020, to the following:

    Terri Cowgill
    121 E. North Street
    Waynesboro, PA 17268
    terricowgill@hotmail.com

    *Plaintiff (Pro Se)*

   */s/ Bryan J. Harrison*

2