# EXHIBIT 3

## CORALIE TORRES

**From:** JANEL GRIFFIN
**Sent:** Monday, July 09, 2018 1:26 PM
**To:** 'Terri Cowgill'
**Subject:** RE: 846-2016-24046C

Ms. Cowgill:

Thank you for the additional information.
Yes, upon my review, I will advise regarding the medical authorization form.

Sincerely,
**Janel Griffin**
Investigator
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
*Baltimore Field Office*
*G.H. Fallon Federal Building*
*31 Hopkins Plaza, Suite 1432*
*Baltimore, MD 21201*
(410) 209-2228
janel.griffin@eeoc.gov


**From:** Terri Cowgill [mailto:terricowgill@hotmail.com]
**Sent:** Tuesday, July 03, 2018 8:14 PM
**To:** JANEL GRIFFIN <JANEL.GRIFFIN@EEOC.GOV>
**Subject:** Re: 846-2016-24046C


Please consider this my response to the interview questions.

1) back and neck pain   yes

2) a) I was put on an IAP (Improvement Action Plan) for attendance even though I provided notes saying that I should be excused.

   b) When I met with Annette Wood HR, she advised me "you need to do what you have to do to hold onto your job".

   c) They disregarded my doctor's request that I be put on a reduced schedule.

3) a) January 5th, 2015

   b) I believe that this is a permanent condition.

4) The headaches and neck pain comes and goes, but the back pain is constant.

5) Yes-Muscles, ligaments and tissue all affect the musculoskeletal function.

1

6) a) standing

   b) sitting

   c) lifting

   d) reaching

   e) sleeping

   f) working

   g) performing manual tasks

7) Yes-

   a) I cannot sit or stand for an extended amount of time.

   b) My lifting and reaching abilities are now limited.

   c) My sleep is constantly interrupted by back pain.

   d) I am now more conscientious of how I perform the above mentioned activities.

   e) Simple things like scrubbing my shower and bathtub are now difficult. When the reaching and bending irritate my back, I have to allow myself a break.

8) I take over-the-counter medications, use muscle rubs and a heating pad to help alleviate the pain. I also perform the

   exercises/stretches learned in physical therapy as a coping effort. These measures temporarily help with the pain, and without them I would not be able to complete the above listed activities.

9) No

10) Yes-They have a copy of the FMLA paperwork filled out by my doctor.

   a) January 7th, 2015-work excuse given to Dawn Rowe (manager)

   b) January 13th, 2015-back to work note given to Dawn Rowe

   c) January 26th, 2015-FMLA paperwork given to Dawn Rowe who faxed to Leave Management

   d) January 29th, 2015-FMLA paperwork given to Dawn Rowe who faxed to Leave Management

   e) February 20th, 2015-FMLA paperwork given to Dawn Rowe who faxed to Leave Management

   f) August 19th, 2015-FMLA recertification given to Dawn Rowe who faxed to Leave Management

   I submitted work excuses from Elizabeth Wiest, Nancy Eichelberger and Neal Patalinghug.

The FMLA paperwork filled out by Dr. Patalinghug stated the following:

a) my condition

b) that I was referred to physical therapy

c) that I had been prescribed several medications (other than over-the-counter)

d) that I was unable to sit for prolonged periods (desk work)

e) that my schedule should be reduced

f) that I could have episodic flare ups

11) Yes-Williamsport Family Practice

   3 Byrkit Drive

   Williamsport, MD 21795

   (301) 582-1150

Please advise me on the authorization to release medical information.

a) Do you want me to go ahead and give the authorization, or would you like me to wait and see if you need additional information?

I hope that I have answered everything in question, if not, please feel free to contact me.



Thank you,


Terri Cowgill



---

From: JANEL GRIFFIN <JANEL.GRIFFIN@EEOC.GOV>
Sent: Monday, July 2, 2018 10:31:00 AM
To: Terri Cowgill
Subject: RE: 846-2016-24046C

You as well!