# EXHIBIT 4

| POLICY AGAINST HARASSMENT | Superseded Date: June 5, 2015 |
|---|---|
| | Effective Date: August 6, 2003 |

*This policy is for employees in all states <u>except</u> for California. If employed in California, see Policy Against Harassment- California.*

## POLICY SUMMARY

First Data Corporation and its subsidiaries (collectively "First Data") do not tolerate harassment of their employees, applicants, customers, or visitors. Any form of harassment by an employee or by third parties such as a client, vendor or contractor and that is related to any of the following protected factors is a violation of this policy: race, color, religion, sex (including pregnancy, childbirth or related medical conditions), gender identity/expression, national origin, ancestry, age, disability, family care status, protected veteran and military status, marital status, sexual orientation, genetic information, or any other characteristic protected by law. First Data also strictly forbids retaliation against any employee who makes a good-faith report or complaint or participates in an investigation of such report or complaint of harassment.

If behavior is harassment or retaliation, as defined under local, state, or federal law, it is illegal. However, please note that some behavior that may not be unlawful under such laws may nonetheless be a violation of this policy. Employees who violate this policy will be subject to disciplinary action, up to and including termination of employment. This policy, however, is not intended to confer any rights to any individual beyond what applicable local, state, or federal anti-harassment laws provide.

Employees must report incidents of retaliation or harassment against themselves or others to management, Human Resources, or by calling the FDC Ethics Hotline at 1-800-337-3368. Calls to the Hotline can be anonymous. However, because anonymity may hinder the investigation, First Data encourages callers to identify themselves. Upon receipt of a complaint or report, First Data will promptly investigate such complaint or report and take appropriate action.

## POLICY

I. **Definition of Harassment**

*In General.* Harassment means any unwelcome or uninvited verbal, physical, or other conduct based on any protected factor when such conduct either adversely impacts an individual's performance, is made a term or condition of employment, is made the basis of an employment decision, or creates an intimidating, offensive or hostile work environment.


EXHIBIT B

It is important to remember that some behaviors may not seem to the offending person to be harassment. However, an important consideration is whether the recipient, as a reasonable person, perceives the behaviors as uninvited or unwelcome. Individuals may not openly object to others' actions and words even though they consider such behavior to be unwelcome. Employees should ask themselves the following questions if they are unsure whether their behavior is harassment:

- Would I say or do this in front of my spouse, significant other, parents, or a colleague of the same sex (age, race, religion, etc.) as the other person?

- Would I like my behavior reported in the local newspaper or on TV?

- Does my conduct seem to make the other person feel uncomfortable?

- Would a "reasonable person" consider this behavior appropriate business conduct?

*Examples of Harassment.* The following are some examples of behaviors that First Data prohibits. This list is not intended to be all-inclusive. These behaviors can be harassment whether they occur at a business location, at a company-sponsored off-site activity, or at another off-site location which has a work place connection.

- Verbal harassment such as uninvited suggestive remarks or invitations, derogatory comments, slurs, or discussions related to any protected factor; jokes or stories related to any of the protected factors; use of any offensive language or demeaning terms in reference to one of the protected factors.

- Physical harassment such as unwelcome sexual advances, objectionable physical proximity or contact, unnecessary touching or any physical interference with normal work or movement.

- Visual forms of harassment such as displaying or circulating derogatory posters, photographs, cartoons, magazines, or drawings that are demeaning based on a protected factor.

- Requests for sexual favors of any kind in exchange for tangible job benefits, or the refusal to grant tangible job benefits because requested sexual favors are rejected.

II. Procedures for Reporting Harassment or Retaliation

First Data is serious about enforcing its Policy Against Harassment, but can only resolve harassment problems of which it is aware. Therefore, every employee is

responsible for bringing such problems to First Data's attention so that it may take whatever steps are necessary to correct them.

Employees that observe incidents of harassment or feel that they are being harassed by another employee, a customer, or any other person connected with the workplace have an affirmative obligation to report the problem. Although asking the harasser to stop his or her behavior can be an effective method of resolving a harassment problem, First Data understands that not all employees will be comfortable with this method. Accordingly, employees may report harassment to any one of the following:

1. A supervisor, manager, or other management official;
2. A member of the Human Resources Department; or
3. Ethics Hotline (800-337-3368).

The federal Equal Employment Opportunity Commission (EEOC) and the state equal employment agencies also investigate and resolve complaints of harassment. The nearest regional EEOC office may be located by going to www.eeoc.gov. Pursuant to certain state laws, First Data is also providing contact information on state equal employment offices as noted below:

Illinois
Department of Human Rights
James R. Thompson Center
100 West Randolph Street, Suite 10-100
Chicago, IL 60601
(312) 814-6200

Maine
Human Rights Commission
51 State House Station
Augusta, ME 04333-0051
207-624-6050

Rhode Island
Commission for Human Rights
180 Westminster Street, 3rd Floor
Providence, RI 02903-3768
(401) 222-2661

Massachusetts
Commission Against Discrimination
McCormack Building
One Ashburton Place
Boston, MA 02108
(617) 727-2200
TTY (617) 727-4765

Vermont
Civil Rights Division
109 State Street
Montpelier, VT 05609-1001
(802) 828-3657

Please be assured that First Data and the law prohibit any retaliation against individuals who make a good faith harassment complaint, file a complaint, or who testify, assist or otherwise participate in a harassment investigation, proceeding or hearing. If, at any time, an employee feels that he or she is being retaliated against or that a complaint is not being handled properly, he or she should contact a source listed above.

### III.     First Data's Resolution Procedures

The Human Resources Department will promptly and thoroughly investigate all complaints made pursuant to this policy. First Data will make reasonable efforts to keep the investigation as confidential as possible. Please note, however, that in many cases it will be necessary, for purposes of thoroughly investigating a harassment complaint, to interview the complainant, the alleged harasser, members of management, and other possible witnesses. At the conclusion of the investigation, First Data will review its findings with the complainant.

### IV.     Disciplinary Actions

To ensure that First Data successfully provides a work environment which is free of harassment, threats, intimidation, or violence, First Data will impose the appropriate disciplinary actions for violations of this policy. As noted above, employees will violate this policy if they engage in harassing behavior or retaliate against those who report harassment or otherwise participate in the investigation of a harassment complaint.

Possible disciplinary actions include counseling, written warning, poor job performance evaluation, loss or reduction of bonus or merit increase, demotion, transfer, suspension without pay, termination of employment, or other appropriate action.