# EXHIBIT 5

 First Data.

## Final Written Warning (FWW)

| | |
|---|---|
| **Employee First Name:  Terri** | **Employee Last Name:  Cowgill** |
| **Employee ID#:**  188273 | **Department:**  Chargeback Response Center |
| **Employee Title:  Senior Contact Center Rep** | **Location:**  Hagerstown MD |
| **Corrective Action Type from box below:** | **Manager/Supervisor:**  Dawn Rowe |
| **GSD Attendance Policy Violation** | **Date Final Created:**  February 11, 2015 |
| **Consulted with ER Partner:  Manager Issued** | |

### Introductory Statement:

As a member of the Global Service Delivery Team, it is imperative you make every effort to adhere to your schedule. We recognize that occasionally it may be necessary for an employee to be absent from work because of unforeseen circumstances. However, when this happens too often it impacts the business, and other employees, who still must meet our contractual obligations and provide our customers with the best service possible.

Terri, as of 2/11/15, you have accumulated 64:39 hours of unscheduled absences. It is understood that an additional 1 hour of unscheduled absence time before June 26, 2015 may result in termination of your employment.

### Detail of issue(s):

**Problem/Business Impact::**  Excessive unscheduled absences impact our ability to provide the highest level of Quality and Service to our customers. In adherence with the GSD Attendance Policy, unscheduled absences of more than 48hours are given a Final Warning due to the severity of the issue.

**Expectation/SMART Goal:**  It is expected that you will adhere to the Global Service Delivery Team guidelines. An additional 1 hour of unscheduled time taken before **6/26/15** will result in termination of employment.

### FWW Policy and Restrictions:

Failure to meet and sustain the objectives of this warning, or the occurrence of other performance and/or conduct issues, will result in further corrective action up to and including the immediate termination of your employment. **Your employment remains at will and either you or the company can terminate your employment for any reason. This document will be added to your personnel file.**

Any employee placed on a Final Written Warning (FWW) may not be eligible for a merit increase, post for other positions, be promoted, and generally will not be eligible for tuition assistance during the issuance of this warning.

### Statement of Understanding:

I understand that my signature is an acknowledgement that I have discussed this document with my manager. I have read and understand the document and realize that I have placed my position in jeopardy. I understand the course of action that may be taken if I am unable to successfully meet the goals outlined within this FWW. I have been given a copy for my records.

First Data/Cowgill 00042

 First Data.

**Employee Signature:** _____   **Date:** 2/16/15

**Manager's Signature:** _____   **Date:** 2/16/15

Once signed – IAP Provisioning:
1. Copy to Employee
2. Copy to Manager File
3. Copy to the HRSC – Fax# 877-217-3719 or email: HRSolutions@firstdata.com

First Data/Cowgill 00043