# EXHIBIT 8


**First Data.**

## Improvement Action Plan (IAP)

**Employee First Name:** Torri  
**Employee ID#:** 188273  
**Employee Title:** Senior Contact Center Rep  
**Corrective Action Type:** Conduct  
**Corrective Action Level:** 90 Day  
**Consulted with ER Partner:** Annette Wood  

**Employee Last Name:** Cowgill  
**Department:** Chargeback Response Center  
**Location:** Hagerstown  
**Manager/Supervisor:** Dawn Rowe  
**Date IAP Created:** July 28, 2015  

### Introductory Statement:

Daniel, First Data expects all Owner Associates to demonstrate the highest degree of integrity, responsibility and professionalism at all times. Employee conduct must not interfere with daily operations and to conduct business at all times in a constructive and professional manner. In order to service our clients, call avoidance is a type of action that affects our product in a negative fashion and jeopardizes the relationship between customers and clients.

Call avoidance consists of but is not limited to the following:
- Not completely signing on/off the system/phone
- Not answering the call
- Placing or receiving personal calls
- **Releasing calls prematurely**
- Sleeping at the workstation (could possibly miss a call)
- Placing your phone line on hold, in "after call" or AUX unnecessarily
- Remaining on the line when transferring calls unnecessarily
- Partially signing on/off the system
- Accessing internet without a legitimate business reason

Employees who conduct any of the above forms of call avoidance may have their employment terminated because of the negative impact to our customers.

In addition, all Client Care Organization Owner Associates are expected to behave in an appropriate manner at all times, are expected to embody the highest ethical standards, satisfy the client by exceeding their expectations, and treat people with dignity and respect. Within the environment of the Call Center, we promote a pleasant, productive, and professional environment for our clients and employees. Everyone should be treated equally with dignity and respect, especially when speaking to clients via the phone. It is CCO's interest to work with you to prevent similar situations in the future. This document is geared to improve your call management/handling skills for the future. The problem areas are outlined below as well as what you must do to improve. You are being placed on an Improvement Action Plan for 90 days, beginning July 28, 2015 until October 28, 2015.

Torri, future engagement in these above mentioned activities will be considered a violation of First Data's Code of Conduct and this 90 day Improvement Action Plan. As a result further disciplinary action, up to an including termination, will be necessary.


EXHIBIT C


First Data.

### Detail of Issue(s)

**Problem/Business Impact:**
A recorded call from July 10, 2015 was monitored as part of your monthly quality scoring. During this call you became argumentative with the Client then disconnected the call. Recording ID 9123740049570001161.

**Expectation/SMART Goal:**
Terri, you are expected to be available to assist Clients while logged into the phone, handle all of the calls received and not prematurely disconnect any calls. You are also expected to immediately report any concerns with your phone or headset not functioning properly. You are also expected to improve and maintain improvement in your call handling skills. We will meet on a weekly basis at 10:30am every Thursday starting August 13, 2015. During these meetings we will review a recorded call and discuss any opportunities that may arise. These meetings are a shared responsibility, if you are unable to make a scheduled meeting time it is your responsibility to reschedule. Further instances of call avoidance or unprofessionalism may result in further corrective action including termination.

### IAP Policy and Restrictions:

This Improvement Action Plan will remain in effect for 90 days. This document and your progress will be reviewed periodically during this time period. If at any time during this period you have failed to meet the above objectives, your employment may be terminated. If you consistently meet the above objectives for the entire length of the plan, this Improvement Action Plan will be discontinued. In addition, you must sustain improved performance in the future. Failure to meet and sustain the objectives of this plan, or other performance issues occurring at any time during or after this plan, will result in further corrective action, up to and including the immediate termination of your employment. During and after this plan, your employment remains at will and either you or the company can terminate your employment for any reason.

Any employee on a current Improvement Action Plan (IAP) may not be eligible for a merit increase

Additionally, you cannot post for other positions or be promoted during the term of your plan.

Finally, Tuition Assistance is generally not available to any employee on an IAP plan at any point during their course enrollment

### Statement of Understanding:

I understand that my signature is acknowledgement that I have discussed this document with my manager. I have read and understand the document and realize that I have placed my position in jeopardy. I realize the course of action that will be taken if I am unable to successfully meet these expectations. I have been given a copy for my records.

Employee Signature: _____  Date: Aug 4th '15

Manager's Signature: _____  Date: _____

Once signed – IAP Provisioning.
1. Copy to Employee
2. Copy to Manager File
3. Copy to the HRSC – Fax# 877-217-3719 or email: HRSolutions@firstdata.com

2 | Page