# EXHIBIT 9



# IMPROVEMENT ACTION PLAN – Level I

Employee_Terri Cowgill_____   Department_Chargeback Phone Gate_____

Job Title _Chargeback Phonegate Specialist_____   Supervisor_Andréa Creamer_____

Employee ID _188273_____   Date_September 18, 2006_____ ·_____

## I:  Summary of improvement needed

Terri, in your position it is imperative that you provide a high level of customer service to our merchants. Our merchants expect to receive excellent service when they call into the call center for assistance with Chargebacks and Customer Service. During the past six months, you have failed to meet the quality expectations of 85% or better for three months. The problem areas are outlined below as well as what you must do to improve.  You are being placed on an Improvement Action Plan for 30 days, beginning September 18, 2006.

## II. Detail of issue(s)
### Issue #1:
Summary of Problem/Business Impact: Terri, your quality scores for the month of March was 84.67%, April was 79.60%, and August was 83.00%. According to these measurements, you are not providing our merchants with the level of customer service required for your position. By not providing the level of service required, our merchants do not get their business needs met. You should review the quality guidelines on MyRT in order to keep abreast of the procedures expected for call handling.

Goal or Expectation: To obtain a score of 85% or better for each month.

Action Plan: Meet on a bi-weekly basis with your manager to discuss your progress.

Measurement: To meet quality standards of 85% for each month. This can be measured by the quality scoring guidelines.

## III.  Followup/ IAP Policies
Terri, we will meet on a bi-weekly basis to discuss your progress. We will meet on Fridays at 5:00pm. These meetings are a shared responsibility.  If you are unable to make a scheduled meeting time, it is your responsibility to reschedule.

You need to come to our meetings prepared to:

- Show the results of your work
- Explain what you did to accomplish the goals in order to help replicate success in the future
- If any goal was not met, you need to explain why it was not completed
- Discuss further opportunities for improvement
- Ask questions and discuss any additional guidance or support required for you to successfully complete the action items

This Improvement Action Plan will remain in effect for ___30_____days. This document and your progress will be reviewed periodically during this time period.  If at any time during this period you have failed to meet the above objectives, your employment may be terminated. If you consistently meet the

Revised 7.13.05

First Data/Cowgill 00039



above objectives for the entire length of the plan, this Improvement Action Plan will be discontinued. In addition, you must sustain improved performance in the future. Failure to meet and sustain the objectives of this plan, or other performance issues occurring at any time during or after this plan, will result in further corrective action, up to and including the immediate termination of your employment. **During and after this plan, your employment remains at will and either you or the company can terminate your employment for any reason.**

Any employee on a current Improvement Action Plan (IAP) may not be eligible for a merit increase.

Additionally, you cannot post for other positions or be promoted during the term of your plan.

Finally, Tuition Assistance is generally not available to any employee on an IAP plan at any point during their course enrollment.

## Statement of Understanding:

I understand that my signature is acknowledgement that I have discussed this document with my manager. I have read and understand the document and realize that I have placed my position in jeopardy. I realize the course of action that will be taken if I am unable to successfully meet these expectations. I have been given a copy for my records.

Employee Signature: _Kerri Cowgill_ Date: _September 19, '06_

Manager's Signature: _Andrea M. Creamer_ Date: _9/19/06_

Human Resources: _Amy M Blaa_ Date: _9/18/06_
Revised 7.13.05

First Data/Cowgill 00040