# EXHIBIT 11

Please advise if you have discussed with Shanon Speak your recommendation to terminate.

Thanks,


Shelley Williams, SPHR, SHRM-SCP, CBP, CCP, GRP
HR Manager - Employee Relations
Co-Chair Military Affinity Group-Omaha
6855 Pacific Street, AK 330
Omaha, NE 68106
O 402-222-1850
F 402-934-1437


First Data.
beyond the transaction


FIRST DATA
SALUTES

**From:** ROWE, DAWN M.
**Sent:** Thursday, September 10, 2015 9:23 PM
**To:** Williams, Shelley
**Subject:** request to terminate 188273

I am requestiung to Terminate Terri Cowgill 's employment for violating the 90 action plan she was placed on 8/4/15 for releasing a call prematurely and the interaction with the same client. It was determined to be a 90 day due to this being her 1st occurrence. I received a VOC coaching for Terri today in which the Client indicated that no one came on the call then he was transferred to the survey (VOC attachment). If a call is released on softphone it is then transferred to the VOC survey.   This particular call is recorded below are9124267754500001151 the details from the call.

Recording ID: 9124267754500001151
When the call begins talking I can hear a male talking in the background a different male voice saying "Hello" at 13 seconds into the call, at 29 seconds into the call there is a male throat clearing then hold music.  On the screen scrape Terri is using the MID in screen pop to access the account in MSA. At 22 seconds she places the call in ACW, 27 seconds she attempts to disconnect the call in softphone, at 28 seconds the call is selected, disconnected in softphone and transferred to the survey. After the call is disconnected the account is noted in MSA "no one on line when call came in".

While I will be OOO on Friday. I will be check my email during the day in case additional information is needed.
Thanks

Dawn Rowe
Team Manager
Chargeback Response Center
Client Care Organization

O 301-745-7501


First Data.
beyond the transaction

3