# EXHIBIT 12

From: ROWE, DAWN M.
Sent: Monday, September 14, 2015 1:05 PM
To: Williams, Shelley
Subject: RE: request to terminate 188273

At mid-year Terri ranked a 3.

I have discussed with Shannon, If HR approval is received she will take the steps to discuss with Letty.

Terri has had an opportunities in the past with the Client Experience and negativity about her job. It has become progressively worse as her tenure with the company. I have suggested off phone positions with other groups which due to her knowledge she would be well suited for however she showed no interest in moving to another area within the company. The calls monitored in the past that had opportunities with the Client Experience were mild in comparison to the call that placed her on an action plan she asked the ISO "Do you actually have any questions or do you wanna argue about this" then after obtaining the fax number "you know what, I'm not arguing with you goodbye" then disconnected the call. In this instance the ISO was not arguing, Terri became defensive when the ISO questioned her further about being referred to Dispute Manager for reprints of a chargeback notification.

Dawn Rowe
Team Manager
Chargeback Response Center
Client Care Organization

O 301-745-7501


First Data.
beyond the transaction

firstdata.com

From: Williams, Shelley
Sent: Monday, September 14, 2015 1:24 PM
To: ROWE, DAWN M.
Subject: RE: request to terminate 188273

Dawn,

Terri's date of hire is 2004. She received a "3" rating in her 2014 and 2013 year-end performance evaluations. I'm curious what she received in her mid-year 2015 evaluation.

I reviewed the FW you sent. Was Terri's behavior of becoming upset with a customer and disconnecting a call out of character for her? She received a FW as the first level of corrective action. I'm trying to understand what is motivating Terri's decline in performance. She released a call from the soft phone recently.

2