# EXHIBIT 14

#26

## EMPLOYER FRO

I called (31c) 684-2692. Left the following message on an answering machine. This is JARED with the Office of Unemployment Insurance calling to obtain separation information on TERRI A COWGILL. It is 8:41AM on 09/24/2015. Please call me at 301-723-2126. If I do not receive a return call by 8:45AM on 9/28/15, the issue will be resolved with the available information and you will receive a decision in the mail.

207 received with a new employer contact number.

I called (800)829-1510 on 09/28/2015 at 3:15PM. I identified myself and asked for separation information regarding TERRI A COWGILL. Spoke with Linda at UCX who stated she would request the additional information from the employer.

It was agreed that I would receive a return call from someone at UCX by 3:17PM on 9/30/15. I stated if the call was not received by that date and time, the issue would be resolved with the available information and the company would receive a decision in the mail.

## EMPLOYER CONTACT INFORMATION

9/30/15 at 8:51AM (per voicemail)
Becky Abbott, UCX

## EMPLOYER FACT FINDING STATEMENT 7

The claimant was discharged on his last day of work, 9/15/15, by a manager due to violating company policy.

The initial incident of when the claimant disconnected a call was in July, 2015. However, the final incident took place on 9/10/15 and that is also recorded. On this day the claimant stated, 'do you actually have any questions about this or do you want to argue about this' and 'you know what, I am not arguing with you goodbye'.

## EMPLOYER REBUTTAL

I called (800)829-1510 for rebuttal on 09/30/2015 at 11:19AM. I identified myself and asked for additional separation information regarding TERRI A COWGILL. I spoke with John at UCX who stated he would request the additional information from the employer.

I stated that if I did not receive the return call by 11:23AM on 10/2/15 the issue would be resolved with the available information and the company would receive a decision in the mail.

~ why?

Per voicemail received on 10/2/15 at 8:07AM from Becky Abbott, UCX:

The final incident took place on or around the claimant's last day of work. The employer is not going to provide a recording of the call. However, they did review the call and at 3 minutes 10 seconds the claimant made her first comment and she stated, 'do you actually have any questions about this?' The caller said, 'I am requesting a copy and you are not giving me a copy.' Then at 4 minutes 22 seconds the second comment from claimant was, 'I am not going to argue with you, Goodbye.' There was no silence before caller was released by agent the release of the call took place immediately following last comment and the caller was trying to say something. The claimant did cut caller off in mid sentence. This behavior is argumentative, unprofessional, and against policy.

## ADDITIONAL INFORMATION

Examiner Note:
The attached SIDES docs include a 90 day Improvement Action Plan created on 7/28/15 for releasing calls prematurely on 7/10/15. (Action plan is included twice as the first one incorrectly addresses someone named Daniel instead of the claimant, typo)

Details of issue from 07/10/2015:
A recorded call from July 10, 2015 was monitored as part of your monthly quality scoring. During this call you became argumentative with the client and then disconnected the call.
Further incidents of call avoidance or unprofessionalism may result in further corrective action including termination.

H06

EVENT SEQ CODE STATUS EMP. NO DET. DATE DATE RESOLVED
ISSUE 001 50 1 36222689 09/19/2015
TRAN ID. NO. EMPMT. SEQ. NO. FIRST AFF W/E NO. DETER. NO. APPEALS
A03 EWCU80 001 09/19/2015 0 0

JAVA