# EXHIBIT 16

### Assessment

1. Muscle spasms of neck (728.85)
2. Lower back pain (724.2)
3. Neck sprain (847.0)
4. Motor vehicle accident (victim) (E819.9)

Overall patient has improved, but still with a great deal of pain in the left neck area
will refer to pain managment
follow up with PT
RTO with me in 2 weeks if not able to see PM

### Plan

• Pain Management Consult Consult Only Consult for adult Status: Hold For - Scheduling Requested for: 29Jan2015
  Ordered;For: Motor vehicle accident (victim); Ordered By: Patalinghug, Neal Performed: Due: 12Feb2015

### Chief Complaint

Follow up Visit MVA back and neck pain

### History of Present Illness

With the use of the lidoderm patch, significant improvement has been noted, very pleased with all helpful it has been. Continues to use this only at night.
monday and tuesday better
today with a headache, triggered,
right neck better, but the left side seems to have persisted, now giving rise to severe occipital headache earlier today, a little bit better now. No nausea, no vomiting, no visual changes.
shoulders not improved much
some improvement on the buttock and back
Cyclobenzaprine also helpful, taking a whole tablet at night, has not taken any during the day for fear of causing drowsiness
had PT 2 sessions, seemed to have been somewhat helpful.
no weakness in the upper extremities. Continues to have persistent pain in the neck which overall has not trended for improvement, and continues to have pain in the shoulders and low back

### Review of Systems

Constitutional: feeling tired, but no fever and no chills.
Cardiovascular: no chest pain and no palpitations.
Respiratory: no shortness of breath and no cough.
Gastrointestinal: no abdominal pain.
Genitourinary: no incontinence.
Musculoskeletal: joint stiffness.
Neurological: limb weakness and difficulty walking.
Psychiatric: anxiety.

### Active Problems

1. Allergic rhinitis due to pollen (477.0)
2. Fibrocystic breast disease (610.1)
3. Headache (784.0)
4. Lower back pain (724.2)
5. Mammogram abnormal (793.80)
6. Motor vehicle accident (victim) (E819.9)
7. Muscle spasms of neck (728.85)
8. Nausea (787.02)
9. Neck sprain (847.0)

Patient Name: Tom Cowgill MRN: 97574 DOB: 08-Mar-1967
Date of Visit:
Document Type: WFP Established Note
Site Name: Mennis Family Medicine Williamsport

Case 1:19-cv-02565-ADC Document 56-16 Filed 10/30/20 Page 3 of 13

10. Nicotine dependence (305.1)
11. Paresthesia (782.0)

## Current Meds

1. Cyclobenzaprine HCl - 10 MG Oral Tablet; 1/2 - 1 po every 8 hours as needed for back pain, spasms Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
2. Lidoderm 5 % External Patch; APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS; Therapy: 20Jan2015 to (Evaluate:19Feb2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
3. Magnesium Oxide 400 (241.3 Mg) MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
4. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS DAILY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

## Allergies

1. No Known Drug Allergies

## Vitals

| Recorded: 28Jan2015 03:36PM | |
|---|---|
| Temperature | 97 F, Temporal |
| Systolic | 102, LUE, Sitting |
| Diastolic | 76, LUE, Sitting |
| Height | 5 ft 3 in |
| Weight | 124 lb |
| BMI Calculated | 21.97 |
| BSA Calculated | 1.58 |

## Physical Exam

**Constitutional**
General appearance: Abnormal. Well developed, well nourished, rested, well hydrated and Seems a little bit more comfortable and animated today.
**Eyes**
Conjunctiva and lids: Conjunctivae are normal.
Pupils and irises: Pupils equal, round and reactive to light.
**Ears, Nose, Mouth, and Throat**
Hearing: Normal.
**Neck**
Neck: Abnormal. Tender low left upper trapezius into the occiput.
**Pulmonary**
Respiratory effort: Normal respiratory effort, without use of accessory muscles. No straining on exhalation.
Auscultation of lungs: Lungs clear to auscultation bilaterally.
**Cardiovascular**
Auscultation of heart: Regular rate with no murmurs, gallops, rubs or abnormal heart sounds. Normal first heart sound. Normal second heart sound.
Examination of extremities for edema and/or varicosities: No edema or varicosities of the extremities.
**Musculoskeletal**
Gait and station: Gait within normal limits.
Digits and nails: Normal.
Range of motion: Normal.
Stability: Normal.

Patient Name: Terri Cowgill   MRN:97574   DOB:08-Mar-1967
Date of Visit: Jan-29-2015
Document Type: WFP Established Note
Site Name: Meritus Family Medicine Williamsport

Case 1:19-cv-02565-ADC   Document 56-16   Filed 10/30/20   Page 4 of 13

Muscle strength/tone: Normal. FULL in all extremities.
**Neurologic**
Cranial nerves: Cranial nerves 2-12 intact.
Reflexes: DTR?s in the biceps, brachio-radialis, triceps, quadriceps and ankle reflexes are symetric. Babinski downward bilaterally. Deep tendon reflexes: 3+ right patella and 3+ left patella 2+ right ankle jerk and 2+ left ankle jerk.
Sensation: Sensation within normal limit in all 4 extremities.
Coordination: Normal.
**Psychiatric**
Orientation to person, place, and time: The patient exhibited no delusions, no hallucinations, denied obsessions, and suicidal ideation.
Recent and remote memory: Normal.
Mood and affect: Abnormal. Mood and Affect: agitated, anxious, concerned and tearful.

### Results/Data
**All Results [Data Includes: Last 1 Month]**
No recent results

### End of Encounter Meds
1. Cyclobenzaprine HCl - 10 MG Oral Tablet (Flexeril); 1/2 - 1 po every 8 hours as needed for back pain, spasms  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
2. Lidoderm 5 % External Patch (Lidocaine); APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS;
Therapy: 20Jan2015 to (Evaluate:19Feb2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
3. Magnesium Oxide 400 (241.3 Mg) MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Therapy: 20Jan2015 to (Evaluate:21Mar2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
4. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS DAILY; Therapy: 20Jan2015 to (Evaluate:21Mar2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

### Signatures
Electronically signed by : Neal Patalinghug, M.D.; Jan 29 2015  5:03PM EST          (Author)

### Assessment
1. Motor vehicle accident (victim) (E819.9)
2. Muscle spasms of neck (728.85)
3. Encounters for administrative purpose (V68.9)

changes made in forms as requested.
No further recommendations medically speaking at this time except to return if worsening might be noted

### Chief Complaint
Forms

### History of Present Illness
patient needs forms reviewed as FMLA needs changed.
With time, improvement has been noted, but sometimes if she works too hard she would have pains again in her neck.
Does not take much to the medication anymore.
On undergoing physical therapy, the day after, she experiences a good bit of pain. Overall there is progressive but slow improvement

### Active Problems
1. Allergic rhinitis due to pollen (477.0)
2. Fibrocystic breast disease (610.1)
3. Headache (784.0)
4. Lower back pain (724.2)
5. Mammogram abnormal (793.80)
6. Motor vehicle accident (victim) (E819.9)
7. Muscle spasms of neck (728.85)
8. Nausea (787.02)
9. Neck sprain (847.0)
10. Nicotine dependence (305.1)
11. Paresthesia (782.0)

### Current Meds
1. Cyclobenzaprine HCl - 10 MG Oral Tablet; 1/2 - 1 po every 8 hours as needed for back pain, spasms Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
2. Lidoderm 5 % External Patch; APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS; Therapy: 20Jan2015 to (Evaluate:19Feb2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
3. Magnesium Oxide 400 (241.3 Mg) MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
4. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS DAILY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

### Allergies
1. No Known Drug Allergies

### Vitals

| Recorded: 19Feb2015 01:46PM | |
|---|---|
| Temperature | 97.6 F |
| Heart Rate | 64 |
| Systolic | 120, LUE, Sitting |
| Diastolic | 82, LUE, Sitting |

Page 8

| Height | 5 ft 3 in |
|---|---|
| Weight | 123 lb |
| BMI Calculated | 21.79 |
| BSA Calculated | 1.57 |

### Physical Exam

**Constitutional**
General appearance: Abnormal. Well developed, well nourished, rested, well hydrated and Seems a little bit more comfortable and animated today.
**Eyes**
Conjunctiva and lids: Conjunctivae are normal.
Pupils and irises: Pupils equal, round and reactive to light.
**Ears, Nose, Mouth, and Throat**
Hearing: Normal.
**Neck**
Neck: Abnormal. Tender low left upper trapezius into the occiput.
**Pulmonary**
Respiratory effort: Normal respiratory effort, without use of accessory muscles. No straining on exhalation.
Auscultation of lungs: Lungs clear to auscultation bilaterally.
**Cardiovascular**
Auscultation of heart: Regular rate with no murmurs, gallops, rubs or abnormal heart sounds. Normal first heart sound. Normal second heart sound.
Examination of extremities for edema and/or varicosities: No edema or varicosities of the extremities.
**Musculoskeletal**
Gait and station: Gait within normal limits.
Digits and nails: Normal.
Range of motion: Normal.
Stability: Normal.
Muscle strength/tone: Normal. FULL in all extremities.
**Neurologic**
Cranial nerves: Cranial nerves 2-12 intact.
Reflexes: DTR?s in the biceps, brachio-radialis, triceps, quadriceps and ankle reflexes are symetric. Babinski downward bilaterally. Deep tendon reflexes: 3+ right patella and 3+ left patella 2+ right ankle jerk and 2+ left ankle jerk.
Sensation: Sensation within normal limit in all 4 extremities.
Coordination: Normal.
**Psychiatric**
Orientation to person, place, and time: The patient exhibited no delusions, no hallucinations, denied obsessions, and suicidal ideation.
Recent and remote memory: Normal.
Mood and affect: Abnormal. Mood and Affect: agitated, anxious, concerned and tearful.

### Results/Data
**All Results [Data Includes: Last 1 Month]**
No recent results

### End of Encounter Meds
1. Cyclobenzaprine HCl - 10 MG Oral Tablet (Flexeril); 1/2 - 1 po every 8 hours as needed for back pain, spasms  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
2. Lidoderm 5 % External Patch (Lidocaine); APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS;
   Therapy: 20Jan2015 to (Evaluate:19Feb2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
3. Magnesium Oxide 400 (241.3 Mg) MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Therapy: 20Jan2015 to (Evaluate:21Mar2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

4. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS DAILY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

**Signatures**
Electronically signed by : Neal Patalinghug, M.D.; Feb 19 2015  7:51PM EST          (Author)

### Assessment
1. Neck sprain (847.0)

### Plan
Neck strain, neck pain. She has had this intermittently since MVC in January. She will take her naproxen with food and water twice a day and flexeril daily in the evening for 1 week and call the office for follow up or sooner if worsening symptoms. Advised to avoid driving or activities due to drowsiness from flexeril. If pain continues after one week we will consider referral to physical therapist but for now she will continue previous stretching exercises recommended by PT, also recommended moist heat and would consider referral to pain management, if not responding to that. She is given note for missing work May 28th related to her neck pain and has history of FMLA forms completed for that.

### Chief Complaint
Acute Visit Neck Pain

### History of Present Illness
48 y/o female who is here for Neck Pain with episodes that began 5/11/15. She has had problems with pain in her neck since motor vehicle collision in January. She has had progressively worsening pain that is now 6/10 severity, she describes this sensation as muscle tightness, and spasms and occasionally sharp pain which did reaches high as 9/10 2 days ago since 5/11/15. She has had less strength in her hands over the last month by her report. Denies numbness or tingling, and denies pain radiation to extremities. She states that flexeril which she takes as needed alleviates her pain the best in the past but she has not taken a with this episode. She took one valium 2 days ago for her most severe pain which helped but otherwise has not used the medication.

### Review of Systems

Constitutional: No fever, no chills, no major change in weight, no change in appetite, no fatigue.
Eyes: No change in vision, no eye pain, no redness, no discharge, no itching.
ENT:. No earache, no hearing loss, no tinnitus, no vertigo; no epistaxis, no nasal discharge, no sore throat, no hoarseness..
Cardiovascular: No angina, no palpitation, no PND, no orthopnea, no leg claudication, no extremity edema.
Respiratory: No cough, no dyspnea, no wheeze, no sputum.
Gastrointestinal: No abdominal pain, no nausea, no vomiting, no heartburn, no change in bowel habits, no melena.
Genitourinary: No dysuria, no frequency, no urgency, no hematuria, no incontinence, no urethral discharge.
Musculoskeletal: upper back pain, but no arthralgias, no joint swelling, no limb pain, no joint pain, no joint stiffness and no limb swelling (+Neck Pain). no chest wall pain no myalgia
Integumentary: No skin rash or wounds, no itching. No breast pain, no breast lumps, no nipple discharge.
Neurological: limb weakness, but no confusion, no dizziness, no convulsions, no fainting and no difficulty walking, no headache
Psychiatric: No anxiety, no depression, no sleep disturbances.

### Active Problems
1. Allergic rhinitis due to pollen (477.0)
2. Encounters for administrative purpose (V68.9)
3. Fibrocystic breast disease (610.1)
4. Headache (784.0)
5. Lower back pain (724.2)
6. Mammogram abnormal (793.80)
7. Motor vehicle accident (victim) (E819.9)
8. Muscle spasms of neck (728.85)
9. Nausea (787.02)
10. Neck sprain (847.0)
11. Nicotine dependence (305.1)
12. Paresthesia (782.0)

### Social History
- Smoking Cigarettes

### Current Meds
1. Cyclobenzaprine HCl - 10 MG Oral Tablet; 1/2 - 1 po every 8 hours as needed for back pain, spasms  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
2. Lidoderm 5 % External Patch; APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS; Therapy: 20Jan2015 to (Evaluate:19Feb2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
3. Magnesium Oxide 400 (241.3 Mg) MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Therapy: 20Jan2015 to (Evaluate:21Mar2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
4. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS DAILY; Therapy: 20Jan2015 to (Evaluate:21Mar2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

### Allergies
1. No Known Drug Allergies

### Vitals

Recorded: 01Jun2015 04:09PM

| | |
|---|---|
| Temperature | 97.6 F |
| Heart Rate | 68 |
| Systolic | 118 |
| Diastolic | 76 |
| Blood Pressure Manual | Yes |
| Blood Pressure Electronic | No |
| Height | 5 ft 3 in |
| Weight | 125 lb 6 oz |
| BMI Calculated | 22.21 |
| BSA Calculated | 1.59 |

### Physical Exam
General: WD, WN, NAD. HEENT: NC/AT, PERRLA, sclera anicteric. Nares: Patent. OP: Mmm. Neck: Supple no LAD. No cervical spine tenderness. There is tenderness over the posterior musculature of the neck as well as some pain with flexion, extension and rotation. Neuro: Light touch sensation intact throughout. Strength 5/5 bilateral grip.

### Results/Data
**All Results [Data Includes: Last 1 Month]**
No recent results

### End of Encounter Meds
1. Cyclobenzaprine HCl - 10 MG Oral Tablet (Flexeril); 1/2 - 1 po every 8 hours as needed for back pain, spasms  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
2. Lidoderm 5 % External Patch (Lidocaine); APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS; Therapy: 20Jan2015 to (Evaluate:19Feb2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
3. Magnesium Oxide 400 (241.3 Mg) MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Therapy: 20Jan2015 to (Evaluate:21Mar2015)  Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

Patient Name: Terri Cowgill  MRN: 97574  DOB: 08-Mar-1967
Date of Visit: 01-Jun-2015
Document Type: Acute
Site Name: Mennus Family Medicine Williamsport

Case 4:19-cv-02565-ADC   Document 56-16   Filed 10/30/20   Page 10 of 13

4. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS DAILY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

**Signatures**
  Documentation was done by Spencer Winchester acting as a scribe for Dr. Gibson.
  Electronically signed by : Matthew Gibson, M.D.; Jun 1 2015 4:59PM EST      (Author)

Patient Name: Terri Cowgill  MRN: 97574  DOB: 08-Mar-1967
Date of Visit: 19-Aug-2015
Document Type: WFP Established Note
Site Name: Meritus Family Medicine Williamsport

Case 1:19-cv-02565-ADC  Document 56-10 Filed 10/30/20  Page 11 of 13

## Assessment

1. Low back pain (724.2)
2. Neck sprain (847.0)
3. Muscle spasms of neck (728.85)

1,2,3. Fair control, but still persistent, now chronic and recurrent
no change meds
using pm
check labs
FMLA forms filled for patient
RTO 1 month

## Plan

- Stop: Magnesium Oxide 400 (241.3 Mg) MG Oral Tablet
  Rx By: Patalinghug, Neal; Dispense: 30 Days ; #:30 Tablet; Refill: 1;For: Muscle spasms of neck; DAW = N; Sent To: WALMART WAYNESBORO
- Basic Metabolic Panel BMP; Status:Active; Requested for:19Aug2015;
  Perform:Meritus Medical Lab; Due:26Aug2015; Marked Important;Ordered; For:Muscle spasms of neck; Ordered By:Patalinghug, Neal;
- Magnesium MG; Status:Active; Requested for:19Aug2015;
  Perform:Meritus Medical Lab; Due:26Aug2015; Marked Important;Ordered; For:Muscle spasms of neck; Ordered By:Patalinghug, Neal;

## Chief Complaint

back pain follow up and FMLA forms

## History of Present Illness

back pains not worse But still persistent, occurring intermittently
because of the pain, may miss work 2-3 days per month
physical therapy was helpful
doing exercises at home.
back will still tighten up from time to time
will lock up with server spasm
at times,
muscle relaxants help, uses 5-7 per month
Magnesium supplementation has not helped.
Has not had a physical exam a long time.

## Review of Systems

**Constitutional:** not feeling poorly.
**Cardiovascular:** no chest pain and no palpitations.
**Neurological:** no limb weakness and no difficulty walking.

## Active Problems

1. Allergic rhinitis due to pollen (477.0)
2. Encounters for administrative purpose (V68.9)
3. Fibrocystic breast disease (610.1)
4. Headache (784.0)
5. Low back pain (724.2)
6. Mammogram abnormal (793.80)
7. Motor vehicle accident (victim) (E819.9)
8. Muscle spasms of neck (728.85)
9. Nausea (787.02)
10. Neck sprain (847.0)
11. Nicotine dependence (305.1)
12. Paresthesia (782.0)

**Current Meds**
1. Cyclobenzaprine HCl - 10 MG Oral Tablet; 1/2 - 1 po every 8 hours as needed for back pain, spasms Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
2. Lidoderm 5 % External Patch; APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS; Therapy: 20Jan2015 to (Evaluate:19Feb2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
3. Magnesium Oxide 400 (241.3 Mg) MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
4. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS DAILY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

**Allergies**
1. No Known Drug Allergies

**Vitals**

| Recorded: 19Aug2015 01:13PM | |
|---|---|
| Temperature | 97.6 F |
| Heart Rate | 68 |
| Respiration | 16 |
| Systolic | 108, LUE, Sitting |
| Diastolic | 72, LUE, Sitting |
| Blood Pressure Manual | Yes |
| Height | 5 ft 3 in |
| Weight | 133 lb 6 oz |
| BMI Calculated | 23.63 |
| BSA Calculated | 1.63 |

**Physical Exam**

Constitutional
General appearance: Well developed. Well nourished. In no acute distress.
Eyes
Conjunctiva and lids: Conjunctivae are normal.
Pupils and irises: Pupils equal, round and reactive to light.
Ears, Nose, Mouth, and Throat
Hearing: Normal.
Neck
Neck: Abnormal. Tender tight trapezius,.
Pulmonary
Respiratory effort: Normal respiratory effort, without use of accessory muscles. No straining on exhalation.
Auscultation of lungs: Lungs clear to auscultation bilaterally.
Cardiovascular
Auscultation of heart: Regular rate with no murmurs, gallops, rubs or abnormal heart sounds. Normal first heart sound. Normal second heart sound.
Examination of extremities for edema and/or varicosities: No edema or varicosities of the extremities.
Musculoskeletal
Gait and station: Gait within normal limits.
Digits and nails: Normal.
Range of motion: Normal. Full in all extremities, leg str.
Stability: Normal.

| Patient Name: Tom Cowgill | MRN: 97574 | DOB: 08-Mar-1967 |
|---|---|---|
| Date of Visit: Aug 19 2015 | | |
| Document Type: WFP Established Note | | |
| Site Name: Mormus Family Medicine Williamsport | | |

Case 4:19-cv-02565-ADC Document 56-10 Filed 10/30/20 Page 13 of 13

Muscle strength/tone: Abnormal. Tight right paraspinals from neck to upper lumbar.
**Neurologic**
Cranial nerves: Cranial nerves 2-12 intact.
Reflexes: DTR?s in the biceps, brachio-radialis, triceps, quadriceps and ankle reflexes are symetric. Babinski downward bilaterally. Deep tendon reflexes: 3+ right patella and 3+ left patella 2+ right ankle jerk and 2+ left ankle jerk.
Sensation: Sensation within normal limit in all 4 extremities.
Coordination: Normal.
**Psychiatric**
Orientation to person, place, and time: The patient exhibited no delusions, no hallucinations, denied obsessions, and suicidal ideation.
Recent and remote memory: Normal.
Mood and affect: Abnormal. Mood and Affect: agitated, anxious, concerned and tearful.

### Results/Data
**All Results [Data Includes: Last 1 Month]**
No recent results

### End of Encounter Meds
1. Cyclobenzaprine HCl - 10 MG Oral Tablet (Flexeril); 1/2 - 1 po every 8 hours as needed for back pain, spasms Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
2. Lidoderm 5 % External Patch (Lidocaine); APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS;
Therapy: 20Jan2015 to (Evaluate:19Feb2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered
3. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS DAILY; Therapy: 20Jan2015 to (Evaluate:21Mar2015) Requested for: 20Jan2015; Last Rx:20Jan2015 Ordered

### Signatures
Electronically signed by : Neal Patalinghug, M.D.; Aug 19 2015 4:26PM EST          (Author)