**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **TERRI COWGILL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **CASE NO. 1:19-cv-02565-ADC** |
| **FIRST DATA TECHNOLOGIES, INC., and** | ) |
| **FISERV SOLUTIONS, LLC,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |
| | ) |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## **DECLARATION OF E. PATRICK MCDERMOTT**

I, E. Patrick McDermott being over 18 years of age and having personal knowledge of the following facts, state:

1. I am a member of the Maryland, New Jersey, and Florida bars.

2. I submitted my Notice of Appearance on December 7, 2020.

3. I submit this declaration in support of Plaintiff Terri Cowgill's Opposition to First Data's Motion to Strike.

4. I certify that Exhibits 3, 10, 11, 12, 13, 14, 15, and 17, filed with Cowgill's Opposition to First Data's Motion for Summary Judgment, and at issue in this present motion by First Data, are respective true and accurate copies of excerpts from the Equal Employment Opportunity Commission ("EEOC") file obtained by Cowgill pursuant to a Freedom of Information Act ("FOIA")

5. Cowgill's FOIA Request is attached here as Exhibit 1.

6. Attached as Exhibit 2 is a true and accurate computer screen print of the

EEOC website where that FOIA information was download by Cowgill.

7. I also accessed this site and downloaded this same file so that I can certify that these EEOC documents subject to the Motion to Strike are true and accurate copies of a document from that EEOC file.

8. This EEOC file was, at all relevant times, equally available to First Data.

9. Exhibit 16 is a true and accurate copy of Cowgill's medical records.

/s/ *E. Patrick McDermott*
Signature of E. Patrick McDermott

DATED: December 12, 2020



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

801 Market Street, Suite 1300
Philadelphia, PA 19107-3127
Toll Free: (877) 869-1802
TTY (215) 440-2610
FAX (215) 440-2606
Website: www.eeoc.gov

July 01, 2019

Via: terricowgill@hotmail.com
Ms. Terri A Cowgill
121 East North Street
Waynesboro, PA 17268

Re: FOIA No.: 530-2019-014309; EEOC No.: 846-2016-24046C
Cowgill v. First Data

Dear Ms. Cowgill:

Your request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, received by the EEOC Philadelphia District Office on July 01, 2019, is assigned to the [ X ] Simple [ ] Complex [ ] Expedited track with the above FOIA number.

[ X ] EEOC will make every effort to issue a determination on your request on or before July 30, 2019. FOIA and EEOC regulations provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays.  In *unusual circumstances*, EEOC may extend the 20 working days by 10 additional working days or stop processing your request until you respond to our request for fee or clarifying information.  Should EEOC take an extension or stop processing your request, notice will be issued prior to the expiration of the 20 working days.

[ ] EEOC will make every effort to issue a determination on your request on or before July 30, 2019. FOIA and EEOC regulations, at 29 C.F.R. § 1610.9(d), provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays.  As provided in 5 U.S.C. § 552(a)(6)(B) (2016), due to *unusual circumstances* we hereby provide you with the required written notice that we are extending by ten (10) working days the time in which we shall respond based upon:

   [ ] the need to search for and collect the requested records, if any exist, from field offices or other establishments that are separate from this office;

   [ ] the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or

   [ ] the need for consultation with another agency, or two or more components of this agency, having a substantial interest in the determination of the request.

[ ] Your "unperfected" request under the FOIA was received on July 01, 2019. The request will **not** be processed until it is perfected by the submission to this office a copy of a "Filed" marked court Complaint on the above charge.  29 C.F.R. § 1610.5(b)(3).  Failure to submit a copy of the "Filed" marked Complaint within 30 days of your receipt of this letter may result in the administrative closure of your request.  Upon receipt of the "Filed" marked Complaint, your request will be *perfected* and processing will begin. At that time, EEOC will issue a letter acknowledging receipt of your *perfected* FOIA request, providing the name of the person who will be processing your request, and the date by which you may expect to receive a response from me.

**Request Status/Document Retrieval**

EXHIBIT 2

**Request Details**

Click on Request # to view request details.

| Request # | Description | Fee Due |
|---|---|---|
| 530-2019-014309 (https://publicportalfoiapal.eeoc.gov/app/CreateRequest.aspx?edit=91265) | Copy of the administrative file for this charge | 0.00 |

Showing 1 to 1 of 1 entries

Previous | 1 | Next

Showing 1 to 1 of 1 entries

Previous (https://publicportalfoiapal.eeoc.gov/app/RequestStatus.aspx#)

1 (https://publicportalfoiapal.eeoc.gov/app/RequestStatus.aspx#)

Next (https://publicportalfoiapal.eeoc.gov/app/RequestStatus.aspx#)

Refresh   Export

EEOC Home (http://www.eeoc.gov/)| Freedom of Information Act (http://www.eeoc.gov/eeoc/foia/index.cfm) | Open Government (http://www.eeoc.gov/open/index.cfm)| EEOC Office List and Jurisdictional Map (http://www.eeoc.gov/field/index.cfm) | EEOC Overview (http://www.eeoc.gov/eeoc/index.cfm)| Privacy Policy (https://www.eeoc.gov/eeoc/privacy/index.cfm)

© 2016 Equal Employment Opportunity Commission.

[ ] Your request for expedited processing is not a proper request.  If a "*compelling need*" exists for the records you request, please promptly submit a statement, certified to be true and correct to the best of your knowledge and belief, describing the reasons processing of your request should be expedited. You may also submit your certified statement by mail to our office address in the letterhead above. Upon receipt of your certified statement, EEOC will adjudicate your request and notify you of the decision within ten (10) calendar days.

You may contact the FOIA Requester Service Center for status updates on your FOIA request or for FOIA information toll free at (877) 869-1802, or our non-toll free number 202-663-4634, or by e-mail to FOIA@eeoc.gov, or by facsimile to (202) 653-6034, or by mail to our office address in the letterhead above.  Additionally, if your request was filed online through the FOIAXpress Public Access Link (PAL), you may monitor its status at https://publicportalfoiapal.eeoc.gov. You may also contact the EEOC FOIA Public Liaison, Stephanie D. Garner, for assistance.

      Sincerely,

      Bridget Lange for
      _____
      Jamie R. Williamson
      District Director
      PHILFOIA@eeoc.gov