IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERRI COWGILL, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.   ADC-19-2565 |
| FIRST DATA TECHNOLOGIES, INC, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the accompanying Memorandum Opinion, it is this 1st day of April, 2021, by the United States District Court for the District of Maryland, **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 52) is hereby **GRANTED**;

2. Defendant's Motion to Strike (ECF No. 62) is hereby **DENIED** as moot;

3. The Clerk shall transmit copies of the foregoing Memorandum Opinion and Order to counsel of record and **CLOSE** the case.

/s/ A. David Copperthite
A. David Copperthite
United States Magistrate Judge