IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TERRI COWGILL,** )<br>)<br>　　　**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**FIRST DATA TECHNOLOGIES, INC., and** )<br>**FISERV SOLUTIONS, LLC,** )<br>)<br>　　　**Defendants.** ) | CASE NO. 1:19-cv-02565-ADC |

## MEMORANDUM IN SUPPORT OF DEFENDANT
## FIRST DATA TECHNOLOGIES, INC.'S BILL OF COSTS

Defendant First Data Technologies, Inc. ("Defendant" or "First Data"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920, submits this memorandum in support of its Bill of Costs.

## DISCUSSION

On April 1, 2021, this Court granted Defendant's Motion for Summary Judgment and entered judgment against Plaintiff and in favor of First Data on all remaining counts in the above captioned litigation. *See* Court's April 1, 2021 Order (ECF No. 67).  As the prevailing party in this action, First Data is entitled to request this Court to tax as costs certain fees incurred in this litigation.  28 U.S.C. § 1920; Fed. R. Civ. P. 54(d) (noting that "costs . . . other than attorneys' fees . . . should be allowed to the prevailing party."  Fed. R. Civ. P. 54(d)); *Wyne v. Medo Indus., Inc.*, 329 F. Supp. 2d 584, 586 (D. Md. 2004) ("[I]n the ordinary course, a prevailing party is entitled to an award of costs.").

Specifically, the Guidelines for Bills of Costs in this District permit a prevailing party to recover, among other things, fees associated with: (a) "[t]ranscript of deposition of a party to the case[,]" (b) "[t]ranscript used in support of a motion[,]" (c) "[c]ourt reporter fees for attendance

and travel for depositions[;]" and (d) "[c]osts of copies of papers obtained as exhibits in the deposition." *See* Guidelines for Bills of Costs for the United States District Court of Maryland ("BOC Guidelines"), pp. 6–7, available at https://www.mdd.uscourts.gov/sites/mdd/files/BillofCostsGuidelines.pdf (last accessed on April 13, 2021). The BOC Guidelines also provide for the recovery of copy costs associated with "(c) any courtesy copies required to be provided to the . . . judge. . . ." and "(e) Documents that were required to be served on the opposing party and were conventionally served on an opposing party because the party did not have a CM/ECF account." *Id.*, p. 12.

To recover the aforementioned costs, Local Rule 109.1 requires a bill of costs be accompanied by an affidavit and supporting memorandum, all of which First Data has contemporaneously filed herewith. D. Md. Loc. R. 109.1(b).

Accordingly, First Data requests, pursuant to Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, and Local Rule 109.1, that the Court tax $1,545.75 in costs ("Costs") against Plaintiff. The Costs are comprised of the following amounts:

a) $1,160.25 for the transcript of Plaintiff's deposition that was used in support of its Motion for Summary Judgment, which ultimately terminated this litigation; *See generally* First Data's Motion for Summary Judgment (ECF No. 52 thru 52-10).

b) $13.00 for the exhibits associated with Plaintiff's deposition;

c) $60.00 for the appearance of the court reporter at Plaintiff's deposition;

d) $152.50 for copying costs associated with serving paper copies of First Data's Motion for Summary Judgment and Reply Memorandum in Support of its Motion for Summary Judgment because at the time, Plaintiff was *pro se* and not registered for CM/ECF filing;

  e)  $152.50 for copying costs associated with serving courtesy paper copies of First Data's Motion for Summary Judgment and Reply Memorandum in Support of its Motion for Summary Judgment as required by this Court's Electronic Case Filing Policies and Procedures Manual (October 2020) available at: https://www.mdd.uscourts.gov/sites/mdd/files/CMECFProceduresManual.pdf.

  f)  $7.50 for docket fees pursuant to 28 U.S.C. §1923:

*See* Affidavit of Charles Jellinek, ¶¶ 9-15, attached to First Data's Bill of Costs Form A0113 as Exhibit A.

## **CONCLUSION**

Accordingly, based on the detailed information herein and accompanying documentation, First Data requests that it be awarded its Costs from the Clerk of the Court in the amount of $1,545.75.

Dated: April 14, 2021                    Respectfully Submitted,

                                                       */s/ Bryan J. Harrison*
                                        Heather S. Goldman, D. Md. Bar #18951
                                        Bryan J. Harrison, D. Md. Bar # 19165
                                        **BRYAN CAVE LEIGHTON PAISNER LLP**
                                        1155 F Street, NW, Suite 700
                                        Washington, D.C. 20004
                                        Telephone: (202) 508-6311
                                        Facsimile: (202) 508-6200
                                        E-mail: heather.goldman@bclplaw.com
                                                              bryan.harrison@bryancave.com

                                        Charles B. Jellinek (admitted *pro hac vice*)
                                        **BRYAN CAVE LEIGHTON PAISNER LLP**
                                        One Metropolitan Square
                                        211 North Broadway, Suite 3600
                                        St. Louis, MO 63102
                                        Telephone: (314) 259-2000
                                        Facsimile: (314) 259-2020
                                        E-mail: cbjellinek@bclplaw.com

                                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2021, a true and accurate copy of the foregoing Memorandum in Support of Defendant First Data Technologies Inc.'s Bill of Costs was filed with the Court's electronic CM/ECF filing system, which provides for service upon all counsel of record, including the following:

         E. Patrick McDermott
         510 Penguin Drive, 105 B
         Ocean City, MD 21842

         *Attorney for Plaintiff*

                                                                    */s/ Bryan J. Harrison*
                                                                    Bryan J. Harrison