**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TERRI COWGILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST DATA TECHNOLOGIES, INC., and )<br>FISERV SOLUTIONS, LLC, )<br>)<br>Defendants. ) | CASE NO. 1:19-cv-02565-ADC |

## AFFIDAVIT OF CHARLES JELLINEK IN SUPPORT OF DEFENDANT FIRST DATA TECHNOLOGIES, INC.'S BILL OF COSTS

I, Charles B. Jellinek, being of lawful age and duly sworn upon his oath, states as follows:

1. I am a partner with, and an attorney practicing in the St. Louis, Missouri office of, Bryan Cave Leighton Paisner, LLP and I have personal knowledge of the facts of this matter.

2. I have been a member of the bar of the Missouri Bar since 1993. I am also admitted to practice before the United States Supreme Court and in the Fifth, Seventh and Eighth Circuit Courts of Appeal and the United States District Courts for the Eastern and Western Districts of Missouri, the Northern, Central and Southern Districts of Illinois and the District of Colorado.

3. On October 11, 2019, this Court entered an Order permitting me to appear pro hac vice in this case as counsel for Defendants First Data Technologies, Inc. ("First Data") and Fiserv Solutions, LLC ("Fiserv") (collectively, "Defendants"). *See* ECF No. 15.

4. I, along with Bryan J. Harrison and Travis A. Niswonger, of the law firm Bryan Cave Leighton Paisner, LLP, represented Defendants in this matter.


**EXHIBIT A**
to Bill of Costs

1

5. On February 4, 2020, this Court granted Fiserv's Motion to Dismiss and dismissed Plaintiff's entire Complaint against Fiserv. *See* ECF No. 46.

6. On that same date, the Court granted First Data's Partial Motion to Dismiss and dismissed Counts III and IV of Plaintiff's Complaint. *Id.*

7. Subsequently, on April 1, 2021, this Court granted First Data's Motion for Summary Judgment against Plaintiff and in favor of First Data on all remaining counts in this lawsuit. *See* ECF No. 67.

8. As the prevailing party, First Data seeks recovery of total costs in the amount of $1,545.75 ("Costs").

9. First Data seeks recovery of fees associated with the transcript of Plaintiff's deposition testimony which was necessarily obtained and utilized to support First Data's Motion for Summary Judgment:

   a. $1,160.25 for the transcript;

   b. $13.00 for the exhibits attached to the transcript of Plaintiff's deposition; and

   c. $60.00 for the appearance of the court reporter at Plaintiff's deposition.

10. A true and accurate copy of the invoice reflecting the amounts itemized in Paragraph 9 above is attached hereto Exhibit 1.

11. First Data also seeks recovery of $305.00 as costs for making copies of First Data's Motion for Summary Judgment and its Reply Memorandum in Support of its Motion for Summary Judgment that were both required to be served on Plaintiff (who was *pro se* at the time and did not have a CM/ECF account) and were required to be provided as courtesy copies to the Court..

12. First Data's Motion for Summary Judgment and supporting documents consisted of one hundred fifty-three pages (153) and its Reply Brief and supporting documents were one hundred twenty-two (122) pages, for a total of three hundred five (305) pages.

13. Bryan Cave Leighton Paisner, LLP charges twenty (20) cents per page for black and white copies and eighty (80) cents per page for color copies. First Data's filings were a mixture of color and black and white. For the purposes of this Bill of Costs, First Data used an average of fifty (50) cents per page when calculating costs, which is the same per page copy fee charge by this Court for paper copies. *See* U.S. District Court for the District of Maryland Schedule of Fees (effective 1/1/21).

14. Specific copying costs associated with each of First Data's filings are as follows:

   a. $76.50 for copy costs associated with serving then-*pro se* Plaintiff with paper copies of First Data's Motion for Summary Judgment and supporting documents (ECF 52) on September 18, 2020;

   b. $76.50 for copy costs associated with providing the Court with courtesy copies of First Data's Motion for Summary Judgment and supporting documents (ECF 52) on September 18, 2020;

   c. $61.00 for copy costs associated with serving then-*pro se* Plaintiff with paper copies of First Data's Reply Memorandum in Support of its Motion for Summary Judgment and supporting exhibits (ECF 61) on November 30, 2020; and

   d. $61.00 for copy costs associated with providing the Court with courtesy copies of First Data's Reply Memorandum in Support of its Motion for

Summary Judgment and supporting exhibits (ECF 61) on November 30, 2020.

15. Pursuant to 28 U.S.C. §1923, First Data is entitled to docket fees of $7.50 as follows:

    a. $5.00 for entry of summary judgment; and

    b. $2.50 for the deposition of Plaintiff that was evidence in support First Data's motion.

16. All of the Costs claimed in the Bill of Costs, and as set forth in the Memorandum in Support of First Data's Bill of Costs, were necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

FURTHER AFFIANT SAYETH NAUGHT.

Charles B. Jellinek

STATE OF MISSOURI    )
                               ) SS.
COUNTY OF ST. LOUIS  )

Subscribed and sworn before me this ___ day of April 2021.

Notary Public

JENNY JOHNSON
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: Nov. 1, 2021
Commission # 13401135

4

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130155365 | 8/26/2020 | Due upon receipt |
| **Job No.** | **Job Date:** | **Balance** |
| 315996 | 8/21/2020 | $2848.55 |
| **Case Name** | | |
| Terri Cowgill v. First Data Technologies, Inc. | | |
| **Case No** | | |

**U.S. Legal Support**
90 Broad StreetSuite 603
New York NY 10004
Phone: 877.479.2484  Fax: 877.876.9330

Charles B. Jellinek, Esquire
Bryan Cave Leighton Paisner LLP
211 North Broadway Suite 3600
St. Louis MO 63102-2750

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Westview Village Business Center<br>5100 Buckeystown Pike<br>Frederick MD 21704 | Charles B. Jellinek, Esquire<br>Bryan Cave Leighton Paisner LLP<br>211 North Broadway Suite 3600<br>St. Louis MO 63102-2750 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: ORIGINAL AND 2 CERTIFIED COPIES OF TRANSCRIPT OF:Terri Cowgill Transcript | | | | | |
| Original | 273.00 | $4.25 | $1160.25 | $0.00 | $1160.25 |
| Copy w/ Original | 2.00 | Minimum | $0.00 | $0.00 | $0.00 |
| Exhibit | 52.00 | $0.25 | $13.00 | $0.00 | $13.00 |
| Reporter Appearance - Per Session | 2.00 | $30.00 | $60.00 | $0.00 | $60.00 |
| Minuscript/Condensed Transcript | 1.00 | $27.50 | $27.50 | $0.00 | $27.50 |
| Litigation Support Package | 1.00 | $36.00 | $36.00 | $0.00 | $36.00 |
| Expedite - 1-day | 273.00 | $4.25 | $1160.25 | $0.00 | $1160.25 |
| Shipping/Delivery | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| ( Taxable 0.00) | | | | | |
| | | | $2477.00 | $0.00 | |

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

**Total Due**     **$2477.00**

Thank you for your business!

| | |
|---|---|
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $371.55 |
| (=) New Balance | $2848.55 |

**Tax ID : 76-0523238**

Fax:314-259-2020

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Charles B. Jellinek, Esquire
Bryan Cave Leighton Paisner LLP
211 North Broadway Suite 3600
St. Louis MO 63102-2750

| | |
|---|---|
| **Invoice No.** | 130155365 |
| **Invoice Date:** | 8/26/2020 |
| **Total Due** | **$2848.55** |
| **Job No.** | 315996 |
| **Case No:** | |

Remit To:  **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

**EXHIBIT 1**
to Jellinek
Affidavit