## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TERRI COWGILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  ADC-19-2565 |
| ) | |
| v. ) | |
| ) | **Notice of Appeal** |
| FIRST DATA TECHNOLOGIES INC, et. al ) | |
| ) | |
| Defendant. ) | |

     Notice is hereby given that Terri Cowgill, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on February 4, 2020 (Dkt. 46) and memorandum opinion in support thereof wherein the court granted Defendants' motion to dismiss; and also the Order entered in this action on April 1, 2021 (Dkt.67) and the memorandum opinion in support thereof wherein the Court granted Defendants' motion for summary judgment.

Dated:  May 3, 2021

                                                            _____/s/_____
                                        E. Patrick McDermott
                                        Federal Bar No. 07264
                                        Law Office of E. Patrick McDermott LLC
                                        2666 Ogleton Road, Annapolis MD 21403
                                        and 510 Penguin Drive, 105B, Ocean City, MD. 21842
                                        Email: epmcdlaw@gmail.com
                                        Phone: 410-990-0792
                                        Fax: 410-741-3979
                                          *Attorney for Plaintiff Terri Cowgill*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends a notification of such filing (NEF) to the following:

Heather S. Goldman, Esq. (heather.goldman@bryancave.com)
Bryan J. Harrison, Esq. (bryan.harrison@bryancave.com)
Bryan Cave Leighton Paisner LLP
1155 F Street, NW, Suite 700
Washington, D.C. 20004

Charles B. Jellinek (cbjellinek@bclplaw.com)
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

*Attorneys for Defendants*

/s/
E. Patrick McDermott