FILED: June 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1543
(1:19-cv-02565-ADC)

_____

TERRI COWGILL

      Plaintiff - Appellant

v.

FIRST DATA TECHNOLOGIES, INC.; FISERV SOLUTIONS, LLC

      Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk