THE LAW OFFICE OF
# E. PATRICK McDERMOTT LLC

E. PATRICK McDERMOTT          510 PENGUIN DRIVE
PHONE  410-990-0792           SUITE 105B
MD, NJ, NY, FL                OCEAN CITY MD 21842          FAX  410-741-3979

EMAIL  epmcdlaw@gmail.com

David Copperthite, Magistrate Judge
101 West Lombard Street
Chambers 8B
Baltimore, MD 21201

                                                         August 17, 2022

Re: Cowgill v. First Data Technologies, Inc. et. al.;
Case No. 1:19-cv-02565

Dear Judge Copperthite:

     Counsel for the plaintiff, Ms. Cowgill, is unavailable for the proposed conference on Tuesday, August 23, 2022 and for that week of August 22 – 26.  I return to the office on Monday, August 29, 2022 and am available on all days that week except Tuesday, August 30, 2022. I respectfully request rescheduling.

                              Sincerely yours,

                              *E. Patrick McDermott*

                              E. Patrick McDermott

Cc via ECF: Charles P. Jellinek, Esq.
          Heather Shaw Goldman, Esq.
          Travis A. Niswonger, Esq.